# United States District Court
EASTERN DISTRICT OF MISSOURI

STEPHEN J. HOLSCHEN,                                            **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

        v.                                                    CASE NUMBER: 4:07CV1455JCH

**INTERNATIONAL UNION OF PAINTERS
& ALLIED TRADES/PAINTERS DISTRICT
COUNCIL #2**

        Defendant(s).

☐      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒      **Judgment as a Matter of Law.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS HEREBY ORDERED AND ADJUDGED** that judgment as a matter of law is entered in favor of defendant International Union of Painters & Allied Trades/Painter District Council #2 and against plaintiff Stephen J. Holschen.

                                                                         James G. Woodward
                                                                        CLERK

November 13, 2008
DATE

                                                     By:      /s/ C. Lippold
                                                                               Deputy Clerk

DEPUTY CLERK